UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TRANSAMERICA LIFE INSURANCE
COMPANY,

        Plaintiff,

v.                                CASE NO.:  23-cv-00452-ACC-DCI

LAWRENCE E. WHITE; PARTNERSHIP
MANAGEMENT SERVICES GROUP,
LLC a/k/a PMSG, LLC,

        Defendant.
_____/

## ORDER DIRECTING THE PRODUCTION OF RECORDS PURSUANT TO THE FEDERAL COMMUNICATIONS ACT

THIS CAUSE comes before the Court on Plaintiff Transamerica Life Insurance Company ("Transamerica")'s motion for entry of an order directing the production of records pursuant to the Federal Communications Act, in response to the subpoena duces tecum served to Charter Communications, Inc. d/b/a Spectrum ("Spectrum") served on December 18, 2023, which seeks the production of records or information that contain or disclose Personally Identifiable Information ("PII") concerning individual subscribers associated with Spectrum account no. 8337100281618103.  Though the conferral certification in the Motion described it as opposed, Defendant filed no response in opposition within the time provided.

Accordingly, the Court considers the Motion as unopposed.  Thus, upon due consideration, is **ORDERED** as follows:

1. The Motion (Doc. 89) is **GRANTED** such that:

2. Counsel for Transamerica shall provide Charter Communications, Inc. d/b/a Spectrum with a copy of this Order and agree to pay reasonable copying and search costs for producing responsive records and/or information;

3. Disclosure of the name(s) and address(es) of Charter Communications, Inc. d/b/a Spectrum subscriber(s) ("Subscriber(s)") may be appropriate and necessary for the disposition of this proceeding;

4. Consistent with 47 U.S.C. § 551(c)(2)(B), Charter Communications, Inc. d/b/a Spectrum shall give notice to any Subscriber who was associated with account no. 8337100281618103 advising any such subscriber that Charter Communications, Inc. d/b/a Spectrum has been ordered to disclose his or her name and address and such disclosure will be required by this Court's Order unless such Subscriber responds or objects no later than fourteen (14) days from the date that notice is provided;

5. Charter Communications, Inc. d/b/a Spectrum shall advise counsel for Transamerica of the date the Subscriber(s) were notified and further whether any Subscriber has responded or indicated an intention to oppose disclosure within the fourteen (14) days provided for a response; and

6. If no response or intention to oppose is filed or served, Charter Communications, Inc. d/b/a Spectrum shall produce the documents responsive to the subpoena served on December 18, 2023 within ten (10) days thereafter,

2

however provided that if any of the affected Subscriber(s) files a responsive pleading, opposition, intention to oppose or otherwise challenges disclosure of his or her PII within the allotted time period, Charter Communications, Inc. d/b/a Spectrum will not be required to disclose the requested information unless and until this Court considers and disposes of any such challenge.

ORDERED in Orlando, Florida on March 12, 2024.

DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE